AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2010

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>Pryor, Jr., William H. | 2. Court or Organization<br><br>United States Court of Appeals | 3. Date of Report<br><br>5/13/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Circuit Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2010<br>to<br>12/31/2010 |
| 7. Chambers or Office Address<br><br>1729 Fifth Avenue North<br>Suite 900<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Visiting Professor | University of Alabama School of Law |
| 2. Board of Directors | Alabama Center for Law & Civic Education |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED 2011 MAY 19 A 10: 07 FINANCIAL DISCLOSURE OFFICE

Pryor, Jr., William H.

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2010 | University of Alabama School of Law | $10,000 |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2010 | Wilson,Price,Barranco,Blankenship & Billingsley, P.C. |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federalist Society | March 10-11, 2010 | Boston, MA | Deliver Lecture at Harvard | Transportation, Meals and Lodging |
| 2. | Federalist Society | March 17-18, 2010 | Lexington, VA | Deliver Lecture at Washington & Lee | Transportation, Meals and Lodging |
| 3. | Federalist Society | March 30, 2010 | Nashville, TN | Deliver Lecture at Vanderbilt | Transportation |
| 4. | Federalist Society | May 10-11, 2010 | Chicago, IL | Deliver Lecture at University of Chicago | Transportation, Meals and Lodging |
| 5. | Alabama Sentencing Commisson | August 8-9, 2010 | Point Clear, AL | The National Association of Sentencing Commissions | Transportation, Meals and Lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

| | | | | | |
|---|---|---|---|---|---|
| 6. | Alabama State Bar | October 8-9, 2010 | Point Clear, AL | Southern Conference of Bar Presidents | Transportation, Meals and Lodging |
| 7. | The Heritage Foundation | November 10, 2010 | Washington, DC | 25th Anniversary of the Great Debate on Originalism | Transportation, Meals and Lodging |
| 8. | The Federalist Society | November 17-20, 2010 | Washington, DC | National Lawyers Convention | Transportation, Meals and Lodging |
| 9. | University of Alabama | August 16- November 29, 2010 | Tuscaloosa, AL | Teaching | Transportation |
| 10. | | | | | |
| 11. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA #1 | | | | | | | | | |
| 2. - TOCQUEVILLE GOLD FUND | B | Dividend | L | T | | | | | |
| 3. IRA #2 | | | | | | | | | |
| 4. - JANUS OVERSEAS | A | Dividend | L | T | Sold (part) | 07/28/10 | K | B | |
| 5. | | | | | Sold (part) | 08/18/10 | J | C | |
| 6. - AMER CENTURY ZERO COUPON 2020 INVT CL | B | Dividend | K | T | Buy | 07/28/10 | K | | |
| 7. | | | | | Buy (add'l) | 08/19/10 | J | | |
| 8. - PIMCO INCOME FD CL D | A | Dividend | K | T | Buy | 08/02/10 | K | | |
| 9. IRA #3 | | | | | | | | | |
| 10. - FIDELITY CHINA REGION | | None | | | Sold | 07/27/10 | K | B | |
| 11. - FIDELITY REAL ESTATE INCOME | B | Dividend | K | T | Buy | 07/27/10 | K | | |
| 12. IRA #4 | | | | | | | | | |
| 13. - MATTHEWS ASIAN TECHNOLOGY FUND | A | Dividend | K | T | | | | | |
| 14. - FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |
| 15. - T ROWE PRICE LATIN AMERICA FUND | A | Dividend | K | T | Sold (part) | 12/30/10 | K | E | |
| 16. - FIDELITY SELECT LEISURE | | None | K | T | Buy | 12/31/10 | K | | |
| 17. - FIDELITY SELECT CHEMICALS | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA #7 | | | | | | | | | |
| 19. - T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | K | T | | | | | |
| 20. - FIDELITY SELECT MATERIALS PORTFOLIO | A | Dividend | K | T | | | | | |
| 21. BROKERAGE ACCT #1 | | | | | | | | | |
| 22. - T. ROWE PRICE LATIN AMERICA FUND | A | Dividend | K | T | Sold (part) | 12/30/10 | J | C | |
| 23. - FIDELITY SELECT LEISURE | | None | J | T | Buy | 12/31/10 | J | | |
| 24. - MATTHEWS CHINA FUND | A | Dividend | J | T | Buy | 03/12/10 | J | | |
| 25. BROKERAGE ACCT #2 | | | | | | | | | |
| 26. - JANUS OVERSEAS FUND | A | Dividend | | | Sold | 09/08/10 | K | B | |
| 27. - MATTHEWS INDIA FUND | A | Dividend | K | T | Buy | 09/09/10 | K | | |
| 28. - FIDELITY SELECT CHEMICAL | A | Dividend | | | Sold | 01/05/10 | K | D | |
| 29. - BLACKROCK LATIN AMERICA FD CL C | A | Dividend | K | T | Buy | 01/08/10 | K | | |
| 30. SECTION 401(K)/PROFIT SHARING PLAN #1 | | | | | | | | | |
| 31. - FIDELITY SELECT CHEMICALS | A | Dividend | | | Sold | 01/05/10 | L | E | |
| 32. - MATTHEWS CHINA FUND | A | Dividend | L | T | Buy | 01/06/10 | L | | |
| 33. - FIDELITY FLOATING RATE HIGH INCOME | A | Dividend | | | Sold | 04/12/10 | K | D | |
| 34. - MATTHEWS PACIFIC TIGER FUND | A | Dividend | K | T | Sold (part) | 03/30/10 | J | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35.   - FIDELITY SELECT TRANSPORT | A | Dividend | L | T | Buy | 03/09/10 | J | | |
| 36. | | | | | Buy (add'l) | 04/12/10 | K | | |
| 37. | | | | | Buy (add'l) | 03/31/10 | J | | |
| 38. | | | | | Buy (add'l) | 07/15/10 | J | | |
| 39. | | | | | Buy (add'l) | 09/08/10 | J | | |
| 40. | | | | | Buy (add'l) | 11/22/10 | J | | |
| 41.   FIDELITY CASH RESERVES | A | Int./Div. | J | T | | | | | |
| 42.   COMPASS BANK - A/C #1 | A | Interest | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Pryor, Jr., William H. | 5/13/2010 |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Pryor, Jr., William H. | 5/13/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544